UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**PHILIP SHEAHAN,**

    **Plaintiff,**

  vs.                                                         Case No. 18-CV-1020

**DR. SALEM SYED**

    **Defendant.**

## NOTICE OF APPEAL

      Notice is hereby given that Philip Sheahan, plaintiff in the above-entitled case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 28th day of June, 2021.

      Dated this 20th day of July, 2021.

                                                  Respectfully submitted,

                                                  The Law Office of Joe Rosenthal
                                                  Attorney for the Plaintiff

                                                  <u>s/Joe F. Rosenthal</u>
                                                  JOE F. ROSENTHAL
                                                  State Bar # 1070871

PO Box 1027
Superior, WI 54880
612-845-5621
jrosenthal1@hotmail.com